**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

_____

| | |
|---|---|
| **IN RE:** | )    **Case No.: 19-18336** |
| | ) |
| **CHERLYNE E. MILLER** | )    **Chapter 13** |
| **Debtor** | ) |

_____

### AMENDED NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

A Motion was filed on behalf of the Debtor Cherlyne E. Miller to Modify Chapter 13 Plan. Your rights may be affected. You should read these papers carefully and may wish to consult with your counsel regarding the Motion. A copy of the Motion and Proposed Modified Plan is attached herewith.

**If you disagree with the Motion to Modify and the Proposed Modified Plan or the recommended treatment, you must file a written response NO LATER THAN TWENTY (21) DAYS after the date of this Notice (January 12, 2022), explaining why your claim should be allowed as presently filed, and you must mail a copy to Kim Parker, Esq., Law Offices of Kim Parker, PA 2123 Maryland Ave, Baltimore, MD 21218 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS MOTION**

Any written response must be filed with the United States Bankruptcy Court, Courtroom 9-D, 101 W. Lombard Street, Baltimore, MD 21201. If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The Hearing on the Motion to Modify Chapter 13 Plan is scheduled for **February 25, 2022, at 2:00 PM – Courtroom 9-D, United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201.**

IF YOU OR YOUR LAWYER DO NOT FILE A TIMELY RESPONSE TO THE MOTION, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Respectfully Submitted,

/s/ Kim Parker

_____
**KIM PARKER, ESQ. (BAR#23894)**
**COUNSEL TO DEBTOR**
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue

Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E. kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Amended Notice of Motion to Modify was mailed this 16th day of December, 2021 the Chapter 13 Trustee, Gerrard Vetter via electronic mail at ECF@ch13md.com and creditors on the attached mailing list via US Mail postage prepaid.

/s/  Kim Parker
_____
Kim Parker, Esq.