# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–18336 – DER**   Chapter: **13**

**Cherlyne E. Miller**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   48 – Amended Notice of Motion.Notice Served on 12/16/2021, Filed by Cherlyne E. Miller (related document(s)45 Modify Plan filed by Debtor Cherlyne E. Miller, 46 Line filed by Debtor Cherlyne E. Miller, 47 Deficiency Notice). Objections due by 12/16/2021.Hearing scheduled for 1/25/2022 at 02:00 PM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688. (Attachments: # 1 Index) (Parker, Kim)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 12/30/21. The Notice of Motion contains an invalid hearing date for Judge Rice.**

CURE:   Please file an Amended Notice of Motion with a valid hearing date. A Certificate of Service is required.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 12/16/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   Debtor
Attorney for Debtor – Kim D. Parker

defntc (rev. 12/12/2016)