Entered: January 10th, 2022
Signed: January 7th, 2022
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19−18336 − DER**   Chapter: **13**

**Cherlyne E. Miller**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notices having been given of deficient filings regarding the [45] Motion to Modify Plan filed by the Debtor in the instant case, and said deficiencies not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor – Kim D. Parker
      Case Trustee – Gerard Richard Vetter

**End of Order**

14x01 (rev. 02/02/2006) – LisaLAAlexander